UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: DONALD R. CASSLING

Hearing Date: October 9, 2012

Bankruptcy Case No.: 12 B 23304

Adversary No.:

Title of Case: Cassandra P. Douglas

Brief Statement of Motion:

Names and Addresses of moving counsel:

Representing:

## ORDER

This matter comes before the Court on the hearing on dismissal for failure to pay the filing fee. The Debtor appeared in court and stated that she filed an affidavit with her amended in forma pauperis application. The Court has reviewed the docket and was unable to find the affidavit. The amended application is denied and the Debtor is required to pay the filing fee in installments. The debtor shall pay the chapter 7 filing fee according to the following terms: $76.50 on or before October 26, 2012, $76.50 on or before November 9, 2012, $76.50 on or before November 26, 2012 and $76.50 on or before December 5, 2012.

*/s/ Donald R. Cassling*

6/11/99